

# NUMBER 13-15-464-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CLARENCE W. LEWIS AND
EVELYN J. LEWIS,                                         Appellants,

v.

CITY OF CONROE,                                         Appellee.

### On appeal from the County Court at Law No. 2
### of Montgomery County, Texas

# O R D E R

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellants' motion for extension of time to file

third amended brief and appellee's response.[1]   Appellants' brief was originally due on

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

February 19, 2016.

Appellants' second amended brief was received on August 11, 2016. Upon review of the appellants' second amended brief, we found the brief contained numerous formal defects and the case has not been properly presented. *See* TEX. R. APP. P. 38.9. In particular, (1) the statement of the case is not supported by record references as required by Rule 38.1(d); (2) the brief does not state the issues presented as required by Rule 38.1(f); (3) the statement of facts is not supported by record references as required by Rule 38.1(g); and (4) the brief does not contain an appendix as required by Rule 38.1(k).

Appellants were notified of these defects by letter dated August 22, 2016, and were directed to file an amended brief in compliance within ten days. Instead of filing an amended brief, appellants have filed a motion for extension of time to file a third amended brief, requesting a thirty day extension.

The Court GRANTS IN PART and DENIES IN PART appellants' motion for extension of time to file a third amended brief. This motion is GRANTED insofar as the Court will extend appellants' deadline to file an amended brief with this Court that complies with the above rules within fifteen days from the date of this order. This motion is DENIED insofar as the Court will not allow an extension until October 2, 2016. No further extensions will be granted.

Appellee's response to appellants' motion for extension of time to file brief states that appellants have failed to serve a copy of all documents on appellee. Texas Rule of Appellate Procedure 9.5 (a) provides that "At or before the time of a document's filing,

2

the filing party must serve a copy on all parties to the proceeding. Service on a party represented by counsel must be made on that party's lead counsel." *See id.* 9.5 (a). Pro se litigants are held to the same standards as licensed attorneys, and they must therefore comply with all applicable rules of procedure. *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184-85 (Tex. 1978).

If appellants file an amended brief that fails to comply with this order of the Court and the Texas Rules of Appellate Procedure, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellants had failed to file a brief. *See id.* 38.9(a). Under such circumstances, the Court may dismiss the appeal for want of prosecution and appellants' failure to comply with this Court's directive and the appellate rules. *See id.* 38.8(a)(1), 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
9th day of September, 2016.

3